IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 3:10CR185 |
| SCOTT M. COURTER | ) | |
| | ) | |

## ORDER TERMINATING PROBATION

The above named commenced Probation on April 15, 2011, for a period of 3 years in Case #3:10CR185. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Dated this 12 day of Sept, 2012

The Honorable Thomas M. Rose
U. S. District Court Judge